**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | | |
|---|---|---|
| **MARY J. WOOTTEN,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **3:05-CV-499** |
| | ) | **(PHILLIPS/GUYTON)** |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner of** | ) | |
| **Social Security,** | ) | |
| | ) | |
|     **Defendant.** | ) | |

**ORDER**

This Social Security appeal is before the Court on the Report and Recommendation filed by United States Magistrate Judge H. Bruce Guyton on August 30, 2006 [Doc. 16]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of this matter, the Court is in complete agreement with Magistrate Judge Guyton's recommendation. Therefore, the Court **ACCEPTS IN WHOLE** the Report and Recommendation. It is further **ORDERED** that the plaintiff's motion for summary judgement [Doc. 12] is **DENIED**; the Commissioner's motion for summary judgement [Doc. 14] is **GRANTED**; the Commissioner's decision in this case denying the

plaintiff's application for disability insurance benefits is **AFFIRMED**; and this case is **DISMISSED**.

    **ENTER:**

    S/Thomas W. Phillips
    United States District Judge